# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Blue Cross Blue Shield of North Carolina**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00417-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph G. Jemsek | ) | |
| Jemsek Clinic, P.A.**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2017 Order.

May 18, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court